**OMAHA ICE & COLD STORAGE, Inc., et al., Petitioners, v. FEDERAL POWER COMMISSION et al.**

**No. 13355.**

Circuit Court of Appeals, Eighth Circuit.

June 24, 1946.

William Ritchie, of Omaha, Neb., for petitioners.

Bradford Ross, Gen. Counsel, Federal Power Commission, Reuben Goldberg, Principal Atty., Federal Power Commission, Melvin Richter, Sr. Atty., Federal Power Commission, and John W. Scott, all of Washington, D. C., Otto F. Walter, of Columbus, Neb., W. C. Fraser, W. W. Wenstrand, William H. Wright, and Robert G. Fraser, all of Omaha, Neb., John B. Dawson, of New York City, William T. Aitken, of Lincoln, Neb., Walter R. Mayne and G. Carroll Stribling, both of St. Louis, Mo., and Harry S. Littman, of Washington, D.C., for respondents.

PER CURIAM.

Petition to review and set aside order of the Federal Power Commission issued January 24, 1946, dismissed at costs of petitioners, on dismissal filed by petitioners.

**Paul A. PORTER, Administrator, Office of Price Administration, McDannel Brown, Marvin E. Lewis, B. Mitchell Palmer, and Williams A. Stockman, Appellants, v. L. C. CAIN, Sole Proprietor, Doing Business as Crystal Market, Appellee.**

**No. 11201.**

Circuit Court of Appeals, Ninth Circuit.

June 26, 1946.

Herbert H. Bent, Regional Litigation Atty., OPA, of San Francisco, Cal., and Cecelia P. Gallagher, Atty., OPA, of Portland, Ore., for appellants.

MacCormac Snow, of Portland, Ore., for appellee.

Before GARRECHT, BONE, and ORR, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a decree be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.